From:   Giao Nguyen
        19 Willis Street
        Boston, MA 02125

To:     Mr. Christopher Donato
        Assistant US Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210

Dear Mr. Donato:

In response to the document (Case Number 04-10074 JLT) that was served by the US Marshal, I hereby accept the responsibility of borrowing from the US $9,000 to pay for my medical education. However, over the past 5 years I had been ill with Post-Traumatic Stress Disorder and therefore could not keep up the deferment paperwork for this loan up until this past February of 2004.
I am currently is still a resident in psychiatry at Boston Medical Center and have never worked as a full-fledged physician . According to the document that you sent me, I have to begin to pay the loan at variable interest rate beginning the first day of the tenth month after ceasing to be a full-time student or completing a residency program when I signed the promissory note. I have not completed my residency yet.
Please advise me of what I need to do to redress the situation. I thank you in advance for your assistance.

Sincerely yours,

*[signature]*

Giao Nguyen