UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>     Plaintiff,    )<br>     )<br>     v.    )<br>     )<br>GIAO C. NGUYEN,    )<br>     )<br>     Defendant.    ) | Civil Action No. 04-10074-JLT |

## UNITED STATES' MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Giao C. Nguyen (hereinafter "Nguyen"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Nguyen is indebted to the United States for the principal amount of $13,978.65; plus $1,476.57 accrued interest at the rate of  percent; plus costs.  The total balance as of September 16, 2004 is $15,455.22.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Nguyen's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Nguyen for failing to plead to, or otherwise defend, the complaint in the above captioned action.

                                      Respectfully submitted,

                                      UNITED STATES OF AMERICA
                                      By its attorneys,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Dated: September 17, 2004        By:  /S/ Christopher R. Donato
                                      CHRISTOPHER R. DONATO
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3288

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I served a copy of the foregoing by mailing to Giao C. Nguyen at 20 Quincy Street, Dorchester, MA 02121.

Dated: September 17, 2004                    /S/ Christopher R. Donato
                                        CHRISTOPHER R. DONATO
                                        Assistant U.S. Attorney