UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|         Plaintiff,    ) | |
|         )   | |
| v.                               ) | CIVIL NO. 04-10074-NMG |
|         ) | |
| GIAO C. NGUYEN,          ) | |
|         Defendant.    ) | |

### RELEASE OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges Release of the Judgment as to the defendant, Giao C. Nguyen, as it has been determined that the debt is uncollectible.

           Respectfully submitted,
           UNITED STATES OF AMERICA
           By its attorneys

           MICHAEL J. SULLIVAN
           United States Attorney

By:
   /s/ Christopher R. Donato
   CHRISTOPHER R. DONATO
   Assistant U.S. Attorney
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3303

Dated: August 1, 2007

### CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                           Boston, MA

     I hereby certify that on August 1, 2007, this document was filed through the ECF system and sent to Giao C. Nguyen located in Boston, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

           /s/ Christopher R. Donato
           CHRISTOPHER R. DONATO
           Assistant U.S. Attorney